# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EDWARD POLK

NO. 2019 KW 0535

JUL 2 2 2019

---

In Re: Edward Polk, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-10-0813.

---

**BEFORE: McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

**WRIT DENIED.** This court is limited to review of the lower court's rulings or the failure of the lower court to act on a properly filed motion or pleading. Any application filed in this court should indicate the relief sought in the lower court and the result of such filing, and should include a copy of the motion or pleading filed in the lower court, a copy of the lower court's rulings, and a copy of all other pertinent documentation.

**PMc**
**TMH**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT